**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| CARLISCRIL LESTER JOHNSON, | ) | No. CV 10-03 DDP (CW) |
| Plaintiff, | ) ) | JUDGMENT |
| v. | ) ) | |
| DEPARTMENT OF CORRECTIONS, et al., | ) ) ) | |
| Respondents. | ) ) | |

**IT IS ADJUDGED** that the petition is dismissed without prejudice.

DATED: February 24, 2010

_____
DEAN D. PREGERSON
United States District Judge